Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

**FILED**
CLERK, U.S. DISTRICT COURT

January 31, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CSI _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DODDIE ALVAREZ LAPUZ,

  Plaintiff,

   v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

  Defendant.

    ) No.: 8:17-cv-01496-KS

**~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920**

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND EIGHT HUNDRED SEVENTY EIGHT DOLLARS AND NINETY FIVE CENTS ($4,878.95), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: January 31, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE